467 A.2d 41

Commonwealth v. Bynum, Appellant.

Submitted June 21, 1983. Daniel H. Greene, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

467 A.2d 41

Commonwealth v. Cadogan, Appellant.

Submitted June 22, 1983. Richard B. Moore, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.